UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

HOPETON MORRISON, 03-A-4036,

Petitioner,

07 Civ. 3576

-against-

ORDER

ROBERT ERCOLE,

Respondent.
----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

P. KEVIN CASTEL, District Judge:

The docket in this case incorrectly lists, as entry # 9, a motion for a writ of error coram nobis entered on 11/27/2007. (Docket # 9.) The motion for a writ of error coram nobis was filed in New York State court and should have been docketed as an exhibit to "Petitioner's Reply To Respondent's Declaration And Memorandum of Law in Opposition To Petition For Habeas Corpus Relief." (Docket # 10.) Thus, no motion for a writ of error coram nobis is pending in this Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        August 4, 2008